No. 266. GRAND RAPIDS & INDIANA RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the United States Circuit Court of Appeals for the Sixth Circuit. Submitted May 4, 1917. Decided May 21, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Hollander* v. *Fechheimer*, 162 U. S. 326; *California National Bank* v. *Stateler*, 171 U. S. 447; *Martinez* v. *International Banking Corporation*, 220 U. S.

214, 222–223. *Mr. James H. Campbell* and *Mr. Elvert M. Davis* for plaintiff in error. *Mr. Assistant Attorney General Underwood* and *Mr. S. Milton Simpson* for the United States.